**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7722**

_____

RESTONEY ROBINSON,

                                        Plaintiff - Appellant,

        versus

TERRY WOOD,

                                        Defendant - Appellee.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  N. Carlton Tilley, Jr., Chief District Judge.  (CA-99-445)

_____

Submitted:  April 27, 2001          Decided:  May 3, 2001

_____

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Restoney Robinson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Restoney Robinson appeals the district court's order denying his motion for reconsideration of an order allowing him to file papers in a case that already was closed. Our review of the record discloses no abuse of discretion. <u>National Org. for Women v. Operation Rescue</u>, 47 F.3d 667, 669 (4th Cir. 1995) (denial of Fed. R. Civ. P. 60(b) motion reviewed for abuse of discretion). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>